IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DANIEL RAY BROWN**                                                              **PLAINTIFF**

**V.**                                    **CASE NO. 3:21-CV-3032**
                                       **CASE NO. 3:21-CV-3033**

**SHERIFF TIM ROBERSON, Boone County,
Arkansas; JAIL ADMINISTRATOR
JASON DAY; CORPORAL NICHOLS;
SERGEANT WADE WILLIS;
and NURSE JODI WOODS**                                       **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 47) filed in this case on August 30, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant Nurse Jodi Woods's Motion to Dismiss (Doc. 34) is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** with respect to the HIPAA claim. The Motion is **DENIED** in all other respects.

**IT IS SO ORDERED** on this 17th day of September, 2021.

                                                           /s/ Timothy L. Brooks
                                                           TIMOTHY L. BROOKS
                                                           UNITED STATES DISTRICT JUDGE